ELIZABETH R. SCOTT ET AL., DEFENDANTS IN ERROR, v.
THE BERGEN COUNTY TRACTION COMPANY, DEFEND-
ANT IN ERROR.

Submitted December 12, 1899—Decided March 5, 1900.

On error to the Supreme Court.    For opinion of the Supreme Court, see 34 *Vroom* 407.

For the plaintiff in error, *Peter W. Stagg.*

For the defendant in error, *John P. Stockton, Jr.,* and *Warren Dixon.*

*35 Vroom.*                     State v. Holle.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of that court.

*For affirmance*—DEPUE, VAN SYCKEL, GUMMERE, LUDLOW, BOGERT, NIXON, HENDRICKSON, ADAMS, VREDENBURGH. 9.

*For reversal*—None.